UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JAY STEWARD,<br><br>                    Defendant. | CASE NO. **2:22-cr-00011-JLR**<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with two counts of possession of controlled substances with intent to distribute and one count of possession of a firearm in furtherance of a drug trafficking offense. Defendant has a lengthy adult criminal history going back to 2003.  Since then, he has had numerous criminal convictions for offenses including making false statements, possession of controlled substances with intent to deliver, assault, attempting to elude pursuing police officers, robbery in the first degree, conspiracy to distribute cocaine base, fugitive from justice, theft, burglary, forgery, harassment and trespass, and violation of no-contact order.

DETENTION ORDER - 1

He has an active protection order against him. Over the years he has amassed 9 warrants on misdemeanor cases and 27 warrants on felony cases. The pretrial services report indicates Defendant has a history of significant substance abuse, noncompliance on supervision and an active warrant for his arrest. The Court concludes there are no conditions of release that would reasonably assure Defendant's appearance for future court hearings or the safety of the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 23rd day of March, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2